## UNITED STATES DISTRICT COURT
### District of Maine

|  |  |  |
|---|---|---|
|  | ) | Docket No.   2:16-cv-000520-JAW |
|  | ) |  |
| ANTHONY J. SINENI, III, ESQ., | ) |  |
| Plaintiff | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| CUMBERLAND COUNTY SHERIFF'S | ) |  |
| OFFICE, | ) |  |
| Defendant | ) |  |

### MOTION TO STRIKE AMENDED COMPLAINT (DOCUMENT NO. 10)

NOW COMES Defendant, by and through counsel, and hereby asks the Court to strike Plaintiff's Amended Complaint (Document No. 10).  The reasons for this motion are set forth below.

On January 4, 2017, the Plaintiff filed a Motion to Amend Complaint (Document No. 7) with an attached proposed amended complaint (Document No. 7-1).  The conclusion of Plaintiff's Motion to Amend reads as follows:  "For the foregoing reasons, Plaintiff respectfully requests that he be permitted to amend the complaint *as reflected in the attached proposed Amended* Complaint."  *Document No. 7, p. 2 (emphasis added)*.  The Court granted the motion without an objection and ordered the Plaintiff to file the Amended Complaint on or before February 2, 2017. *Document No. 8.*  On February 2, 2017, the Plaintiff filed a Motion to Extend Time to File his Amended Complaint until February 16, 2017.  *Document No. 9.*  Also on February 2, 2017, Plaintiff filed an Amended Motion to Extend Time to File Amended Complaint or in the Alternative Motion to File Second Amended Complaint.  *Document No. 11.*

He also filed an Amended Complaint on February 2, 2017.  *Document No. 10*.  On February 3, 2017, the Court granted in part Plaintiff's Motion to Extend Time to File Amended Complaint and extended the time to February 6, 2017.[1]  The Court stated that:

> The Court granted Plaintiff leave to file the amended complaint he proposed in his motion to amend.  Plaintiff may file the proposed amended complaint on or before February 6, 2017.  To the extent Plaintiff wishes to further amend his complaint, Plaintiff must seek leave to do so.

*Document No. 12*.

Plaintiff did not file the Amended Complaint that was attached to his Motion to Amend Complaint, nor has he filed another motion to amend complaint.

The Amended Complaint Plaintiff filed on February 2, 2017 (Document No. 10), is significantly different from the proposed Amended Complaint that was attached to his motion to amend complaint (Document No. 7-1).  Document No. 7-1 was only eight pages, while Document No. 10 is thirteen pages long.  In Document No. 10, Plaintiff added facts related to new incidents which allegedly occurred on January 8 and January 9, 2015.  Plaintiff also added two entirely new counts which are Count IV, alleging a violation of the Fourth Amendment, and Count V, alleging a violation of the Fourteenth Amendment, Equal Protection Clause, and Due Process Clause.  Moreover, the Plaintiff has made additional changes throughout the Amended Complaint.

Plaintiff disregarded the Court's order to file the Amended Complaint that he proposed in his motion to amend, but instead filed an entirely new amended complaint in contravention of the

---

[1]Because the Court's order was issued on February 3, 2017, the Defendant understand that this order addressed both of Plaintiff's motions filed on February 2, 2017.  Accordingly, because those motions have been acted upon by the Court, there is no occasion for the Defendant to file any response thereto.

Court's order.   For this reason, the Amended Complaint (Document No. 10) should be stricken.


Dated:   February 8, 2017                           /s/   Cassandra S. Shaffer
                                                    Cassandra S. Shaffer, Esq.
                                                    Wheeler & Arey, P.A.
                                                    Attorney for Defendant
                                                    27 Temple Street, P.O. Box 376
                                                    Waterville, ME   04903-0376

# UNITED STATES DISTRICT COURT
## District of Maine

|  |  |
|---|---|
| | ) Docket No.   2:16-cv-000520-JAW |
| ANTHONY J. SINENI, III, ESQ., | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| CUMBERLAND COUNTY SHERIFF'S OFFICE, | ) |
| | ) |
| Defendant | ) |
| | ) |

### CERTIFICATE OF SERVICE

I, Cassandra S. Shaffer, Esq., attorney for the Defendant, hereby certify that:

● Motion to Strike Amended Complaint (Document No. 10)

has been served this day on Plaintiff by filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Anthony J. Sineni, III, Esq.   (*anthony@sinenilaw.com*)

Dated: February 8, 2017

     /s/   Cassandra S. Shaffer
Cassandra S. Shaffer, Esq.
Attorney for Defendants
Wheeler & Arey, P.A.
27 Temple Street, P.O. Box 376
Waterville, ME   04903-0376